TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00067-CV







Ex Parte: Kirk Wayne McBride, Relator









HABEAS CORPUS PROCEEDING FROM COMAL COUNTY







PER CURIAM



 Kirk Wayne McBride filed his petition for writ of habeas corpus on February 3, 1995,
seeking discharge from the custody of the sheriff of Comal County. After reviewing the petition, we
conclude that the writ should not issue as requested. Because appellant's custody arises from a criminal
proceeding, we are without authority to issue the writ. Tex. Gov't Code Ann. § 22.221(d) (West Supp.
1995).

 The petition for writ of habeas corpus is denied.


Before Justices Powers, Kidd and B. A. Smith

Petition for Writ of Habeas Corpus Denied

Filed: February 15, 1995

Do Not Publish